**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Luis PINEDA, a.k.a. Chivo,**
**Defendant–Appellant.**

**No. 13–15792**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 17, 2015.

L. Skye Davis, Cassandra J. Schansman, Lawrence R. Sommerfeld, David E. Suchar, Jenny R. Turner, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

S. Lester Tate, III, Akin & Tate, P.C., Cartersville, GA, for Defendant–Appellant.

Jose Luis Pineda, Mendota, CA, pro se.

Before TJOFLAT, WILSON and BLACK, Circuit Judges.

PER CURIAM:

S. Lester Tate, III, appointed counsel for Jose Luis Pineda in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's

motion to withdraw is **GRANTED,** and Pineda's convictions and total sentence are **AFFIRMED.**